# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| | |
|---|---|
| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |

**ORDER**

April 17, 2020

Before

WILLIAM J. BAUER, *Circuit Judge*
JOEL M. FLAUM, *Circuit Judge*
AMY C. BARRETT, *Circuit Judge*

| | |
|---|---|
| No. 20-1428 | SAMUEL ROBLES,<br>Petitioner<br><br>v.<br><br>WILLIAM M. CONLEY,<br>Respondent |
| **Petition for Writ of Mandamus** ||
| District Court No: 3:18-cv-00449-wmc<br>District Judge William M. Conley ||

Upon consideration of the **MOTION PURSUANT TO WRIT OF MANDAMUS**, filed on March 16, 2020, by the pro se petitioner,

In light of the district court's order of April 6, 2020,

**IT IS ORDERED** that the petition for a writ of mandamus is **DENIED** as unnecessary.

form name: **c7_Order_3J**(form ID: **177**)

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit